IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-439-FDW-DCK

| | |
|---|---|
| DENISE HORNE, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) filed by Vanessa N. Garrido, concerning Bensy Benjamin, on October 12, 2022. Bensy Benjamin seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) is **GRANTED**. Bensy Benjamin is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: October 13, 2022

David C. Keesler
United States Magistrate Judge